# Exhibit A



# Exhibit B



 

Your Free Online XXX Video Source!          Home          Browse          Categories          FREE ACCESS          Sign Up

## Videos Being Watched Now : September 23, 2009

   

**Bisexual Threesome**
[20:48]          Added 8 hours ago
Ratings: ★ ★ ★ ★ ★

**Wild Gangbang**
[28:20]          Added 5 days ago
Ratings: ★ ★ ★

**Blonde Mouth Fucking**
[35:30]          Added 3 weeks ago
Ratings: ★ ★ ★ ★ ★

**Finger Play**
[48:18]          Added 6 hours ago
Ratings: ★ ★ ★ ★

[36:1
Ratin

# Get FREE INSTANT ACCESS To The Largest Video Library Available!

## Today's Featured Videos : September 23, 2009

      

**Deep Penetration**
[18:50]          Added 4 weeks ago
Ratings: ★ ★ ★

**Pounding Two Cocks**
[25:19]          Added 6 hours ago
Ratings: ★ ★ ★ ★ ★

**Naughty Outdoor Fun**
[31:50]          Added 5 days ago
Ratings: ★ ★ ★ ★

**Amazing Blowjob**
[40:16]          Added 8 hours ago
Ratings: ★ ★ ★ ★

La
[25:3
Ratin

   

**Ass Pounder**
[20:48]          Added 2 weeks ago
Ratings: ★ ★ ★

**Mature Wife Blowjob**
[45:08]          Added 10 hours ago
Ratings: ★ ★ ★ ★ ★

**Tight Coeds Getting Drilled**
[33:40]          Added 3 days ago
Ratings: ★ ★ ★

**Hot Mature Wife Fucked**
[24:20]          Added 3 weeks ago
Ratings: ★ ★ ★ ★ ★

[16:3
Ratin

EXHIBIT B PAGE 30

 

Your Free Online XXX Video Source!          Home          Browse          Categories          FREE ACCESS          Sign Up

## Videos Being Watched Now : September 23, 2009

Top Ra

                      

**Bisexual Threesome**
[20:48]      Added 8 hours ago
Ratings: ★ ★ ★ ★

**Wild Gangbang**
[28:20]      Added 5 days ago
Ratings: ★ ★ ★

**Blonde Mouth Fucking**
[35:30]      Added 3 weeks ag[o
Ratings: ★ ★ ★ ★ ★

**Finger Play**
[48:18]      Added 6 hours ago
Ratings: ★ ★ ★ ★

[36:1
Ratin

## Get FREE INSTANT ACCESS To The Largest Video Library Available!

### Today's Featured Videos : September 23, 2009

   


**Deep Penetration**
[18:50]      Added 4 weeks ago
Ratings: ★ ★ ★ ★

**Pounding Two Cocks**
[25:19]      Added 6 hours ago
Ratings: ★ ★ ★ ★ ★

**Naughty Outdoor Fun**
[31:50]      Added 5 days ago
Ratings: ★ ★ ★ ★

**Amazing Blowjob**
[40:16]      Added 8 hours ago
Ratings: ★ ★ ★ ★

La
[25:3
Ratin

[16:3
Ratin

    

**Ass Pounder**
[20:48]      Added 2 weeks ago
Ratings: ★ ★ ★

**Mature Wife Blowjob**
[45:08]      Added 10 hours ago
Ratings: ★ ★ ★ ★ ★

**Tight Coeds Getting Drilled**
[33:40]      Added 3 days ago
Ratings: ★ ★ ★

**Hot Mature Wife Fucked**
[24:20]      Added 3 weeks ago
Ratings: ★ ★ ★ ★ ★

EXHIBIT B   PAGE 31


**Crazy Coed Gangbang**
[42:20]          Added 4 days ago
Ratings: 


**Cum Sucker**
[32:20]          Added 4 hours ago
Ratings: ★ ★ ★


**Ass Fucking**
[18:31]          Added 3 weeks ago
Ratings: ★ ★ ★ ★ ★


**Hard and Deep**
[32:38]          Added 2 days ago
Ratings: ★ ★ ★ ★


[40:0
Ratin

Hot
[30:0
Ratin

## Get FREE INSTANT ACCESS To The Largest Video Library Available!

## Yesterday's Featured Videos

**Top Ra**


**Hot Asian Gets Fucked**
[30:26]          Added 2 weeks ago
Ratings: 


**Pussy Slurp**
[18:19]          Added 6 days ago
Ratings: ★ ★ ★ ★



**Deep Doggy**
[22:30]          Added 5 weeks ago
Ratings: ★ ★ ★ ★


**Cock Sharing Whores**
[20:31]          Added 5 hours ago
Ratings: ★ ★ ★ ★ ★


**Fuck That Mature Ass**
[28:32]          Added 8 hours ago
Ratings: ★ ★ ★ ★ ★


**Brunette Riding Cock**
[42:38]          Added 4 hours ago
Ratings: ★ ★ ★ ★


**Group Anal Sex**
[26:46]          Added 3 weeks ago
Ratings: ★ ★ ★ ★ ★


**Hot Ass Fucking**
[40:38]          Added 10 hours ago
Ratings: ★ ★ ★ ★




**Sexy Slut Fucked**
[42:48]          Added 7 hours ago
Ratings: ★ ★ ★ ★


**Cunt Bashing**
[36:41]          Added 3 weeks ago
Ratings: ★ ★ ★ ★

**Brunette Gets Banged**
[26:22]          Added 4 days ago
Ratings: ★ ★ ★ ★ ★


**Huge Cock for Horny Girl**
[38:22]          Added 2 days ago
Ratings: ★ ★ ★ ★

EXHIBIT B PAGE 32









**Crazy Coed Gangbang**
[42:20]  Added 4 days ago
Ratings: ★ ★ ★ ★

**Cum Sucker**
[32:20]  Added 4 hours ago
Ratings: ★ ★ ★

**Ass Fucking**
[18:31]  Added 3 weeks ago
Ratings: ★ ★ ★ ★ ★

**Hard and Deep**
[32:38]  Added 2 days ago
Ratings: ★ ★ ★ ★

[40:0
Rati

Hot
[30:0
Rati

# Get FREE INSTANT ACCESS To The Largest Video Library Available!

## Yesterday's Featured Videos

Top Ra







**Hot Asian Gets Fucked**
[30:26]  Added 2 weeks ago
Ratings: ★ ★ ★ ★ ★

**Pussy Slurp**
[18:19]  Added 6 days ago
Ratings: ★ ★ ★ ★

**Deep Doggy**
[22:30]  Added 5 weeks ago
Ratings: ★ ★ ★ ★

**Cock Sharing Whores**
[20:31]  Added 5 hours ago
Ratings: ★ ★ ★ ★ ★







**Fuck That Mature Ass**
[28:32]  Added 8 hours ago
Ratings: ★ ★ ★ ★ ★

**Brunette Riding Cock**
[42:38]  Added 4 days ago
Ratings: ★ ★ ★ ★

**Group Anal Sex**
[26:46]  Added 3 weeks ago
Ratings: ★ ★ ★ ★ ★

**Hot Ass Fucking**
[40:38]  Added 10 hours ago
Ratings: ★ ★ ★ ★






**Sexy Slut Fucked**
[42:48]  Added 7 hours ago
Ratings: ★ ★ ★ ★

**Cunt Bashing**
[36:41]  Added 3 weeks ago
Ratings: ★ ★ ★ ★

**Brunette Gets Banged**
[26:22]  Added 4 days ago
Ratings: ★ ★ ★ ★ ★

**Huge Cock for Horny Girl**
[38:22]  Added 2 days ago
Ratings: ★ ★ ★ ★

EXHIBIT B PAGE 33

Page :    01    |    02    |    03    |    04    |    05    |    06    |    07              Next >>

**Fill Out the Form Below to Get FREE INSTANT ACCESS To The Largest Video Library Available!**



Email Address:

Password:

Are You Over 18?  YES

[ Submit My Info ]



**–––––– WARNING ––––––**
**This site contains sexually explicit, adult material and is for adults only!**
By entering this site, you certify that you are 18 years or older and, if required in the locality where you view this site, 21 years or older, that you have voluntarily come to this site in order to view sexually explicit material.

**If the above statements are not true and correct, you must exit now.**

**MEMBERS — SUPPORT — 2257 NOTICE — WEBMASTERS — PRIVACY STATEMENT — EMAIL SUPPORT**

**Copyright © 2009 Athens Developments Limited. All Rights Reserved.**

EXHIBIT B   PAGE 34

Page :   01   |   02   |   03   |   04   |   05   |   06   |   07          Next >>

**Fill Out the Form Below to Get FREE INSTANT ACCESS To The Largest Video Library Available!**





Email Address:

Password:

Are You Over 18?   YES

Submit My Info

```
------ WARNING ------
This site contains sexually explicit, adult material and is for adults only!
By entering this site, you certify that you are 18 years or older and, if required in the locality
where you view this site, 21 years or older, that you have voluntarily come to this site in order
to view sexually explicit material.
```

**If the above statements are not true and correct, you must exit now.**

**MEMBERS — SUPPORT — 2257 NOTICE — WEBMASTERS — PRIVACY STATEMENT — EMAIL SUPPORT**

**Copyright © 2009 Athens Developments Limited. All Rights Reserved.**

EXHIBIT _B_ PAGE _35_

| Adult | Porn | Free Sex | Erotic Pictures | Sex Cams | Amateur | XXX | Gay Dating |

# REDTUBE.FR

Search

Language:  English

EXHIBIT B PAGE 36

For red tube try these sponsored results:

## Submit. Vote. Respond.
Let The World Know Your Cause. Submit Your Cause Online Now!
YouTube.com/LionsForLambs

## PME offers AireTool Tools
Condenser Tube Expanders Tube Cleaners & Expanders
http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?f=http%
3A%2F%2Fpagead2.googlesyndication.com%2Fpagead%2Ficlk%3Fsa%3Dl%26ai%
3DBWJxKKLEPR6rCNoSK-wKh-
YDiCY2EzQ2_s8eVAsCNtwHQyhYQAhgClKaezAMoCjgAUIDH7bP8_____wFgyfb4hsijoBmyAQpyZWR0dWJlLmZyyAEB2gESaHR0cDovL3JlZHR1
26num%3D2%26adurl%3Dhttp%3A%2F%2Fwww.pmeequip.com%26client%3Dca-dp-sedo-
06_xml&I=YzEwZTliOWFmYjRiNTljNTFkZjk5ZjEyMmYxMzMxMTAJMC4xMjkzNgk2CTEzCTEJMAkJMTAJMgkwCTQwZDI2N2M5NzZhOTQ2MDkz(

## Gowns
The Largest Supply In Quality Gowns - Prom Dresses To Evening Gowns
AboutGowns.com

## Dress
Stylish women's clothing! Find recommended local clothing stores.
sanfrancisco.citysearch.com

## Scepko Tube Swaging
Flexible job manufacturing shop. High quality tapered tubes.
http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?f=http%
3A%2F%2Fpagead2.googlesyndication.com%2Fpagead%2Ficlk%3Fsa%3Dl%26ai%
3DBw2f7KLEPR6rCNoSK-wKh-YDiCdyOvC3oxJblAcCNtwGwvRAQBRgFlKaezAMoCjgAULDx-
vH4_____wFgyfb4hsijoBmgAdD65fwDsgEKcmVkdHViZS5mcsgBAdoBEmh0dHA6Ly9yZWR0dWJlLmZyL6gDAegDROgDuQHoAwX1A0AAAAA%
26num%3D5%26adurl%3Dhttp%3A%2F%2Fwww.jbscepko.com%26client%3Dca-dp-sedo-
06_xml&I=MDUxMDbjMWZhZTFkNzBkOTJlNjMzNmE2MjRmNjM0YTlJMC4xMjkzNgk2CTEzCTEJMAkJMTAJNQkwCTQwZDI2N2M5NzZhOTQ2MI

## Eustachian tube
Worrying never helps, but sometimes information does
http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?f=http%
3A%2F%2Fpagead2.googlesyndication.com%2Fpagead%2Ficlk%3Fsa%3Dl%26ai%
3DBq3FpKLEPR6rCNoSK-wKh-
YDiCaq4szjSyqrsA8CNtwGQvwUQBhgGlKaezAMoCjgAULeC5vgEYMn2-
Iblo6AZsgEKcmVkdHViZS5mcsgBAdoBEmh0dHA6Ly9yZWR0dWJlLmZyL4ACAcgCsuihAagDAegDROgDuQHoAwX1A0AAAAA%
26num%3D6%26ggladgrp%3D524427566%26gglcreat%3D919362926%26adurl%3Dhttp%3A%
2F%2Fwww.righthealth.com%2FHealth%2Feustachian%252520tube-s%253Flid%253Dgoog-ads-
sb-0443110428%26client%3Dca-dp-sedo-
06_xml&I=Zjc0ZGQyYzRjZmRhN2JiZWQ1ZjNkODAwZjU2NGJhMTUJMC4xMjkzNgk2CTEzCTEJMAkJMTAJNgkwCTQwZDI2N2M5NzZhOTQ2MDk

http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?
f=http%3A%2F%2Fpagead2.googlesyndication.com%
2Fpagead%2Ficlk%3Fsa%3Dl%26ai%
3DBXOVuKLEPR6rCNoSK-wKh-
YDiCYGGzCmVkPbAAcCNtwGQvwUQBxgHIKaezAMoCjgAUO6xII8BYMn2
-
Iblo6AZsgEKcmVkdHViZS5mcsgBAdoBEmh0dHA6Ly9yZWR0dWJlLmZyL6gDAegDROgDuQH
26num%3D7%26adurl%3Dhttp%3A%2F%
2Fwww.4spoiledme.com%2Fstore%2Findex.php%
253FosCsid%253Dcd429f9d88ee3703fa0dd6b7b4f64ea2%

EXHIBIT B PAGE 37

2526manufacturers_id%253D21%2526osCsid%
253Dcd429f9d88ee3703fa0dd6b7b4f64ea2%26client%3Dca-
dp-sedo-
06_xml&I=NGM0ZTc5N2I5YTBhODBIN2IyODMyZWNjMGI5YzE0Y2YJMC4xMjkzNgk2CTEzC1

Latest Women's Fashions Rachel Pally, Chie Mihara, 575, etc
http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?f=http%
3A%2F%2Fpagead2.googlesyndication.com%2Fpagead%2Ficlk%3Fsa%3DI%26ai%
3DBXOVuKLEPR6rCNoSK-wKh-
YDiCYGGzCmVkPbAAcCNtwGQvwUQBxgHIKaezAMoCjgAUO6xlI8BYMn2-
Iblo6AZsgEKcmVkdHViZS5mcsgBAdoBEmh0dHA6Ly9yZWR0dWJlLmZyL6gDAegDROgDuQHoAwX1A0AAAAA%
26num%3D7%26adurl%3Dhttp%3A%2F%2Fwww.4spoiledme.com%2Fstore%2Findex.php%
253FosCsid%253Dcd429f9d88ee3703fa0dd6b7b4f64ea2%2526manufacturers_id%253D21%
2526osCsid%253Dcd429f9d88ee3703fa0dd6b7b4f64ea2%26client%3Dca-dp-sedo-
06_xml&I=NGM0ZTc5N2I5YTBhODBIN2IyODMyZWNjMGI5YzE0Y2YJMC4xMjkzNgk2CTEzCTEJMAkJMTAJNwkwCTQwZDI2N2M5NzZhOTQ2MC

## Women's Dress
Find the Perfect Dress You've Been Shopping for at an Amazing Price!
http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?f=http%
3A%2F%2Fpagead2.googlesyndication.com%2Fpagead%2Ficlk%3Fsa%3DI%26ai%
3DBq_ZJKLEPR6rCNoSK-wKh-
YDiCarvgDDi2e6sA8CNtwGA4gkQCBglIKaezAMoCjgAUJWk068HYMn2-
Iblo6AZoAHM2NT9A7IBCnJIZHR1YmUuZnLIAQHaARJodHRwOi8vcmVkdHViZS5mci-
AAgHIAvqMnQGoAwHoA0ToA7kB6AMF9QNAAAAA%26num%3D8%26adurl%3Dhttp%3A%
2F%2Fclothing-and-accessories.become.com%2Fwomens-clothing%2Fdresses%26client%3Dca-
dp-sedo-
06_xml&I=NTdkYWQwNWFIOTYyZDU1ZjA0NzExNmQ0ZGNIMmUyZTcJMC4xMjkzNgk2CTEzCTEJMAkJMTAJOAkwCTQwZDI2N2M5NzZhOTQ2I

## Precision Tube Bending
Tight Tolerance Tube Bending, Tube Fabrication, and Tubular products
http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?f=http%
3A%2F%2Fpagead2.googlesyndication.com%2Fpagead%2Ficlk%3Fsa%3DI%26ai%
3DBv1dkKLEPR6rCNoSK-wKh-
YDiCdHH2BH9_ZO7AcCNtwGw4y0QCRgJIKaezAMoCjgAUJr0x_n5____wFgyfb4hsijoBmyAQpyZWR0dWJlLmZyyAEB2gESaHR0cDovL3JIZHR1
26num%3D9%26adurl%3Dhttp%3A%2F%2Fwww.universaltube.com%26client%3Dca-dp-sedo-
06_xml&I=M2Y5YzIyNGUwZjYyZTIwNzdkOGEyNGVmM2Y4MDRkNTQJMC4xMjkzNgk2CTEzCTEJMAkJMTAJOQkwCTQwZDI2N2M5NzZhOTQ2I

## Ya-Ya Dress At Bleu
Shop Fall/Winter '07 Ya-Ya Dresses Free Shipping + Refunds on Returns
http://web.archive.org/web/20071012173848/http://www.redtube.fr/search/redirect.php?f=http%
3A%2F%2Fpagead2.googlesyndication.com%2Fpagead%2Ficlk%3Fsa%3DI%26ai%
3DB1sx7KLEPR6rCNoSK-wKh-
YDiCf382TKFprOpA8CNtwGg4BQQChgKIKaezAMoCjgAUKXXr_b6____wFgyfb4hsijoBmgAdHI4v0DsgEKcmVkdHViZS5mcsgBAdoBEmh0dHA6L
26num%3D10%26adurl%3Dhttp%3A%2F%2Fwww.bleuclothing.com%2Fbrandlist.asp%
253Fbrand%253DYa%252520Ya%26client%3Dca-dp-sedo-
06_xml&I=YTU0ZjZiMDJiNjAxMmQ4ZDFiOWFmOWMxYmMwZTg5NzcJMC4xMjkzNgk2CTEzCTEJMAkJMTAJMTAJMAk0MGQyNjdjOTc2YTYk0NjA

---

| Adult | Porn | Free Sex | Erotic Pictures | Sex Cams | Amateur | XXX | Gay Dating |

Privacy Policy

sedo    This page provided to the domain owner **free** by Sedo's Domain Parking . Disclaimer: Domain owner and Sedo maintain no relationship
with third party advertisers. Reference to any specific service or trade mark is not controlled by Sedo or domain owner and does not
constitute or imply its association, endorsement or recommendation.

Buy Domains | Sell Domains | Premium Domains | Domain Appraisal | Domain Names for Sale | Domain Parking | Domain Transfer

EXHIBIT B PAGE 38

| Domain Auction   | Domain Name

EXHIBIT B PAGE 39

 

Your Free Sex Source!     **Home**     **Browse**     **Categories**     **FREE ACCESS!**     Sign Up Now F

## Videos Being Watched Now : October 14, 2009

Top Rat

    

**Nasty asian get fucked!**    **The Perfect blowjob**    **Brunette getting ripped**    **Doggy style extreme**

[10:38]   Added 1 week ago    [20:41]   Added 2 weeks ago    [19:12]   Added 1 hour ago    [20:38]   Added 5 days ago

Ratings: ■ ■ ■ ■    Ratings: ■ ■ ■ ■ ■    Ratings: ■ ■ ■ ■    Ratings: ■ ■ ■ ■ ■

[16:38]

Rating

## Get FREE INSTANT ACCESS To The Largest Video Library Available!

### Today's Featured Videos : October 14, 2009

    

**Slurping pussy outdoors**    **Blonde ass fucking**    **Titty fucked good**    **Couch fuckin couple**

[15:35]   Added 3 days ago    [22:31]   Added 2 hours ago    [10:34]   Added 2 weeks ago    [17:22]   Added 2 hours ago

Ratings: ■ ■ ■ ■    Ratings: ■ ■ ■ ■ ■    Ratings: ■ ■ ■ ■ ■    Ratings: ■ ■ ■

[10:27]

Rating

   

**Redhead blowjob**    **Pussy lickin good!**    **blow by blow by blow**    **Cock addicted blonde**

[20:38]   Added 8 hours ago    [21:37]   Added 2 weeks ago    [22:23]   Added 15 hours ago    [15:28]   Added 1 day ago

Ratings: ■ ■ ■    Ratings: ■ ■ ■ ■    Ratings: ■ ■ ■    Ratings: ■ ■ ■ ■



[04:21]

Rating

EXHIBIT B PAGE 40


**Huge dong slobbering**
[13:21]  Added 3 weeks ago
Ratings: ■■■■


**Stocking rip fuck**
[16:48]  Added 12 hours ago
Ratings: ■■■■■


**Awesome Threesome**
[12:13]  Added 1 week ago
Ratings: ■■■■


**Black cock sucker**
[20:12]  Added 2 weeks ago
Ratings: ■ ■ ■

[03:31
Ratin



Co
[08:08
Ratin

## Get FREE INSTANT ACCESS To The Largest Video Library Available!

### Yesterday's Featured Videos


**Company Break time**
[18:16]  Added 1 week ago
Ratings: ■■■■


**Park Picnic fuck**
[11:39]  Added 2 weeks ago
Ratings: ■■■■


**Cum crazy bitch**
[16:38]  Added 2 days ago
Ratings: ■■■■


**Sit on this bitch!**
[14:28]  Added 5 days ago
Ratings: ■■■■

**Top Rat**


**Hot MILF gets banged**
[08:28]  Added 2 weeks ago
Ratings: ■■■■■


**Crazy coed gangbang**
[10:11]  Added 12 days ago
Ratings: ■■■■■


**HOT outdoor orgy**
[02:53]  Added 2 days ago
Ratings: ■■■■■


**Big boob bitch got drilled**
[11:44]  Added 1 week ago
Ratings: ■■■■


**Enticing Threesome**
[15:38]  Added 2 weeks ago
Ratings: ■ ■ ■ ■ ■


**2 bitches enjoying 1 cock**
[12:12]  Added 4 days ago
Ratings: ■■■■


**HOT MILF Pounded!**
[15:31]  Added 1 week ago
Ratings: ■■■■

**Burning the midnite oil**
[11:59]  Added 8 days ago
Ratings: ■ ■ ■ ■ ■

Page :   01   |   02   |   03   |   04   |   05   |   06   |   07      Next >>

EXHIBIT B  PAGE 4



Fill out the simple
tons of FREE X

Email Address:

Password:

Are You Over 18?

[ Subm ]

      

−−−−− **WARNING** −−−−−
**This site contains sexually explicit, adult material and is for adults only!**
By entering this site, you certify that you are 18 years or older and, if required in the locality
where you view this site, 21 years or older, that you have voluntarily come to this site in order
to view sexually explicit material.

**If the above statements are not true and correct, you must exit now.**

MEMBERS — SUPPORT — 2257 NOTICE — WEBMASTERS — PRIVACY STATEMENT — EMAIL SUPPORT

**Copyright © 2009 Neo Publishing Limited. All Rights Reserved.**

EXHIBIT B PAGE 42

redtube.pl        Search the Web:                    [Go]

- Sex
- Adult
- Threesome
- Sex Video
- Free Sex
- Asian Sex Video
- Group Sex

Sex

Adult

Threesome

Sex Video

Free Sex

Asian Sex Video

Group Sex

Oral Sex

Anal Sex

Hardcore Sex

Free Sex Pictures

Threesome                    Sex Video                    Free Sex

EXHIBIT D PAGE 43

| | | |
|---|---|---|
| Gangbang | Adult Dvd | Sex Chat Rooms |
| Swingers | Video Sex Chat | Free Xxx Porn |
| Orgy | Hardcore Porn | Sex Web Cam |
| Lesbian Threesome | Sex Chat | Adult Sex |

©2007 redtube.pl All rights reserved.

EXHIBIT B PAGE 44

# Exhibit C

THIS CONFIDENTIALITY AGREEMENT MADE THIS _2nd_ DAY OF _April_, 2008

BETWEEN

(1)    **BRIGHT IMPERIAL LIMITED of 28 Queen's Road East, 28th Floor Tesbury Center, Wanchai, Hong Kong SAR (hereinafter referred to as the "Company"); and**

(2)    _John Skorick_
           (recipient)                        (commercial register No)

    _92618, Irvine/CA/US_   _6789 Quail Hill Parkway #319_
        (ZIP/city/state/country)          (street address)

(herein referred to as the "Interested Party")

**WHEREBY IT IS AGREED THAT:-**

### I. Preface

The Shareholders (herein referred to as **"Shareholders"**) in the Company, consider to (i) offer their shares for sale or (ii) cause the Company to offer its assets for sale (herein jointly referred to as the **"Project"**). The shares in the Company and the Company's assets are herein jointly referred to as the **"Target"**. The Shareholders intend to offer the entire Target for sale to a qualified purchaser. After executing this agreement, the Interested Party will be granted the opportunity to participate in a sale process and to acquire the share capital in the Company and/or its assets.

Divulging any information in connection with the Project, even the fact that Shareholders are considering a sale, may result in irreversible damages to the Target, the Company and/or the Shareholders. Purpose of this Confidentiality Agreement is to prevent publicity, leakage and misuse of the information and knowledge obtained by the Interested Party.

### II. Definitions

1. Target

**"Target"** means the Company, the shares in which are for sale by the Shareholders, as well as the Company's assets.

Bright Imperial Limited                                    Recipient

EXHIBIT _C_ PAGE _45_

All regulations established herein regarding the Target are also applicable to the protection and for the benefit of other directly or indirectly affiliated companies.

## 2. Shareholders

"Shareholders" mean all parties holding shares in the Target.

## 3. Business Secrets

"Business secrets" include all circumstances, facts and information the Interested Party obtains in connection with the Project from any source. In particular Business Secrets include but are not limited to: names, company names and data of the Target, the Shareholders or any other party being involved in the Project. Even the fact that the Shareholders consider a sale is to be considered a Business Secret as well.

## 4. Employees

"Employees" shall be the Interested Party's representatives (members of the management board, directors, officers and senior staff) and any person involved in evaluating a potential acquisition, who is in a permanent employee-relationship, in a contract for work and services including fiduciary duty and are subject to instructions or a comparable legal relationship with the Interested Party. The number of Employees who will be involved in evaluating a potential transaction is to be kept to a minimum.

## 5. Third-Parties

"Third-parties" are all persons who are not party to this sale process or Employees (as defined above). Persons, who are generally referred to as employees, but are not included in the definition stated in paragraph II.4., are to be considered Third-parties.

## III. Confidentiality Undertaking

1.  The Interested Party agrees to keep in strict confidence all the Business Secrets (as defined in paragraph II. 3.). Divulging information to any Third-parties is not permitted and shall be deemed breach of contract at this stage of negotiations.

2.  Business Secrets are to be shared with employees of the Interested Party only under two conditions: (i) Such employees need to be involved in the decision making and evaluation process at this early stage and (ii) the Interested Party is in full compliance with the rules set forth in paragraph IV. Giving access to Business Secrets to any other person is strictly prohibited.

Bright Imperial Limited

Recipient

EXHIBIT C PAGE 46

3.  After disclosing the identity of the Target and before entering further stages of negotiations the Sellers may require any Interested Party to execute an additional confidentiality agreement, especially in the case of a due diligence investigation

4.  The Interested Party shall not reveal any Business Secrets to any Third-party. It agrees to refrain from contacting and visiting management, employees, Shareholders in the Target or its customers, suppliers, business partners, sites or any other person in the Company's sphere in the broadest sense.

## IV. Supervision of Employees

1.  The Interested Party shall store all data containing Business Secrets properly and appropriately and hereby obliges to take appropriate measures to prevent Third-parties from gaining access to the data.

2.  The Interested Party will cause all of its Employees with knowledge of any Business Secrets or having access to such information to comply fully with the letter and spirit of this Confidentiality Agreement

## V. Use of Information and Recordkeeping

1.  The Interested Party declares expressly and irrevocably that it will not - especially not in favour of its own or anyone else's advantage - act on information provided by Shareholders, the Company or otherwise obtained. In particular, but not limited to, the Interested Party will not take any action as a result of gaining knowledge of the Project, for example (without limitation to), soliciting business from Company's customers, luring customers away from the Company or any affiliates or contacting Shareholders, business partners of the Company etc.

2.  The Interested Party declares expressly and irrevocably that it will, upon demand, irrecoverably delete and/or destroy all records of information received and/or collected in connection with the Project.

## VI. Breach of the Confidentiality Agreement

1.  The rights and remedies provided for by this Confidentiality Agreement are cumulative with and not exclusive of any rights or remedies provided by law.

2.  This contractual penalty does not limit or pre-empt the parties' right to claim damages  Especially the Target, the Shareholders or any other person of the Company having suffered damages or losses as a result of breach, may claim damages, if applicable.

Bright Imperial Limited                                        Recipient

EXHIBIT _C_ PAGE _47_

Page 4 of 5

3.   Without prejudice to any other rights or remedies of the parties, the Interested Party acknowledges for the benefit of the Company that damages might not be an adequate remedy for any breach of the provisions of this Confidentiality Agreement and that, accordingly, the Company shall be entitled without proof of special damage to the remedies of injunction and specific performance and other equitable remedies for any threatened or actual breach of the provisions of this Confidentiality Agreement by the other.

### VII. Validity

1.   The validity of this Confidentiality Agreement is not restricted to any jurisdiction or territorial limitations.

2.   This Confidentiality Agreement is valid from the date of signature and on. It does not expire at any point in time, is irrevocable and cannot be cancelled. It also governs information the Interested Party may have obtained before the Confidentiality Agreement was executed.

### VIII. General Terms

1.   Forum for disputes arising out of or in connection with this Confidentiality Agreement, its effectiveness or its coming into existence is the competent court of Hong Kong. The Interested Party also submits to this venue for all disputes with the Shareholders and the Company. This submission shall also apply to any legal claims filed by Interested Party.

2.   Ineffectiveness, impracticability, unenforceability or invalidation of single items, clauses or paragraphs of this Confidentiality Agreement do not affect the validity of the remainder. The Interested Party hereby agrees to accept in place of any items rendered ineffective, impracticable, unenforceable or invalid, terms that yield as close as possible an economic outcome as was attempted with the letter and spirit of any replaced regulations.

3.   This Confidentiality Agreement and the rules set out herein, and any dispute, controversy, proceedings or claim of whatever nature arising out of or in any way relating to this Confidentiality agreement or its formation shall be governed by and construed in accordance with the laws of Hong Kong.

AS WITNESS the hands of the parties hereto the day and year first above written.

SIGNED BY:



Bright Imperial Limited

Recipient

EXHIBIT _C_ PAGE 48

Page 5 of 5

BRIGHT IMPERIAL LIMITED of 28 Queen's Road East, 28th Floor Tesbury Center, Wanchai, Hong Kong SAR

*For and on behalf of*
**BRIGHT IMPERIAL LIMITED**
卓 皇 有 限 公 司

.......................................
(signature)          *Authorized Signature(s)*

*For and on behalf of*
**BRIGHT IMPERIAL LIMITED**
卓 皇 有 限 公 司

.......................................
(signature)          *Authorized Signature(s)*

SIGNED BY:

_____John Skorich_____, CEO_____ of
                              (recipient's representative title)

_6783 Quail Hill Parkway #319 Irvine, CA 92618_
                              (address)

_____
(signature)

_____
(signature)

for and on behalf of ___Web Entertainment Group, Inc.___
                              (recipient/company name)

EXHIBIT _C_ PAGE _49_

Dated the _____ day of _____ 2008

---

**CONFIDENTIALITY AGREEMENT**

---

BOASE COHEN & COLLINS
Solicitors & Notaries
2303-7 DOMINION CENTRE
43-59 QUEEN'S ROAD EAST
WANCHAI
HONG KONG
REF: CC/J0228/16292/08

EXHIBIT _C_ PAGE 50

# Exhibit D

嚴密備忘錄札實    Confidential Memorandum    Kou?ipla

# MEMORANDUM

# 備　忘　錄

# STRICTLY CONFIDENTIAL

# 嚴　格　保　密

囗 副本 - 接受者編碼    Copy – Recipient Encoded    第 page 4 頁

EXHIBIT D PAGE 51

# Confidential Memorandum



This Confidential Memorandum (the "Memorandum") contains highly confidential information regarding Bright Imperial Limited ("BILT") and RedTube.com ("RT") (together the "Company"). The recipient of this Memorandum has already executed a confidentiality agreement, which continues to be valid and binding and shall apply to this Memorandum in particular as regards information contained in this Memorandum and information received otherwise in connection with a potential transaction concerning the Company. By accepting this Memorandum, the recipient agrees that it will cause its directors, officers, employees, representatives, advisers and other people in its sphere in the broadest sense to

(i)     use the Memorandum, information contained herein and information concerning a potential transaction involving the Company obtained from any other source (together the "Information") only to evaluate a specific transaction with or with regard to the Company and for no other purpose

(ii)    divulge Information only to individuals defined in the confidentiality agreement and will not divulge any Information to any other person

(iii)   not reveal the possibility of a transaction to any other person and to refrain from contacting and visiting management, employees, other shareholders in the Company, customers, suppliers, any Company sites or any other person that could be considered to be in the sphere of the Company in the broadest sense

(iv)   refrain from taking any action in response to learning of the possibility of a transaction and as a result of the possibility of a transaction becoming more widely known which might cause damage to the Company or shareholders in the Company

(v)    comply with the letter and the spirit of the confidentiality agreement in the strictest way

(vi)   delete irrecoverably this Memorandum together with any copies thereof and of such information and to destroy any files be they electronic or in any other form upon request therefor.

The presentation of the Company in this document is a snapshot of the status quo as of late February/early March 2008. Due to the dynamic and quick developments in internet related business models in general and of the Company in particular we point out that

EXHIBIT D  PAGE 52