# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:09-cv-07840-FMC-MLGx | Date | November 5, 2009 |
|---|---|---|---|
| Title | Bright Imperial Limited v. Web Entertainment Group Inc et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER | | |
|---|---|---|---|
| Alicia Mamer | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**    STANDARD NEW CASE ORDER  (In Chambers)

A MANDATORY PAPER COPY of all e-filed documents shall be delivered to the drop box outside the clerk's office in the Roybal Federal Building (first floor, suite 181-L)  no later than 12:00 noon the business day following any electronic filing *or* on the same day, if priority processing is being requested.
They must comply with Local Rule 11-3 and be blue-backed, proper font size, page numbering, tabbing, etc.  Each document must be prominently labeled, "CHAMBERS COPY" on the front page.  All copies delivered to the courtesy bin shall have the notice of E-filing attached to the back of the document.  DO NOT PLACE THESE COPIES IN ENVELOPES.

Counsel are reminded to observe Judge Cooper's **motion briefing schedule** when filing civil motions.  The schedule is available on her website profile @ www.cacd.uscourts.gov.

A **Pro Se Clinic** is now available for litigants representing themselves.  It offers on-site information and guidance.  The Clinic is open Mondays, Wednesdays and Fridays from 10:00 a.m. to 4:00 p.m.  It is located at The U. S. Courthouse, 312 N Spring Street, Room 525 (fifth floor), Los Angeles, CA  90012.  For more information, call 213-385-2977 ext 270.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |