1 SHEPPARD MULLIN RICHTER & HAMPTON LLP
  JAMES M. CHADWICK, Cal. Bar No. 157114
2 VALERIE E. ALTER, Cal Bar No. 239905
  THAYER M. PREECE, Cal. Bar No. 241824
3 1901 Avenue of the Stars, 16th Floor
  Los Angeles, California  90067
4 Telephone:  (310) 228-3700
  Facsimile:   (310) 228-3930
5 E-mail:      jchadwick@sheppardmullin.com
              valter@sheppardmullin.com
6             tpreece@sheppardmullin.com

7 Attorneys for Plaintiff
  BRIGHT IMPERIAL LIMITED

                  UNITED STATES DISTRICT COURT

                  CENTRAL DISTRICT OF CALIFORNIA

                         WESTERN DIVISION

| | |
|---|---|
| BRIGHT IMPERIAL LIMITED, a Hong Kong limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEB ENTERTAINMENT GROUP INC., a Florida corporation; ATHENS DEVELOPMENTS LTD., a business entity of unknown form and origin; WEB ENTERTAINMENT GROUP, LTD., a business entity of unknown form and origin,; NEO PUBLISHING LTD., a business entity of unknown form and origin, RAINBOW EIGHT, a business entity of unknown form and origin, INTEGRALNET MARKETING, INC., a Florida corporation, JASON ZIMMERMAN, an individual, JOHN SKORICK, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 09-7840 FMC (MLGx)<br><br>**PLAINTIFF BRIGHT IMPERIAL LIMITED's PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON DEFENDANTS WEB ENTERTAINMENT GROUP INC. AND INTEGRALNET MARKETING, INC.** |

| Attorney or Party without Attorney: <br> JAMES M. CHADWICK, ESQ., Bar #157114 <br> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP <br> 1901 AVENUE OF THE STARS <br> SUITE 1600 <br> LOS ANGELES, CA  90067 <br> Telephone No: 310-228-3700   FAX No: 310-228-3701 <br><br>Ref. No. or File No.: <br><br>Attorney for: Plaintiff | For Court Use Only |
|---|---|

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California - Western Division

Plaintiff: BRIGHT IMPERIAL LIMITED, ETC.
Defendant: WEB ENTERTAINMENT GROUP, INC., ETC., ET AL.

| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV09-7840 FMC MLGX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Notice Of Assignment To United States Magistrate Judge For Discovery; Civil Cover Sheet; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice To Parties Of Adr Pilot Program; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Adr Pilot Program Questionnaire (Blank); Plaintiff Bright Imperial Limited's Corporate Disclosure Statement; Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements

3. a. Party served:              WEB ENTERTAINMENT GROUP INC., A FLORIDA CORPORATION
   b. Person served:             MARK J. BRYN, AGENT AUTHORIZED TO ACCEPT SERVICE
                                 SERVED UNDER FCRP RULE 4

4. Address where the party was served:     2 S. BISCAYNE BOULEVARD
                                           MIAMI, FL  33130

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 29, 2009 (2) at: 4:37PM

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ERNESTO  VALDEZ                                     d. **The Fee** for Service was:
                                                          e. I am: Not a Registered California Process Server

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   Fax          (714) 541-8182
   www.firstlegalnetwork.com

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Oct. 30, 2009

                                                                                    (ERNESTO VALDEZ)

Judicial Council Form                   PROOF OF SERVICE                                     4485678.jamech.248040
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT

| Attorney or Party without Attorney: <br> JAMES M. CHADWICK, ESQ., Bar #157114 <br> SHEPPARD, MULLIN, RICHTER & HAMPTON LLP <br> 1901 AVENUE OF THE STARS <br> SUITE 1600 <br> LOS ANGELES, CA  90067 <br> Telephone No: 310-228-3700    FAX No: 310-228-3701 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California - Western Division

Plaintiff: BRIGHT IMPERIAL LIMITED, ETC.
Defendant: WEB ENTERTAINMENT GROUP, INC., ETC., ET AL.

| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV09-7840 FMC MLGX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Notice Of Assignment To United States Magistrate Judge For Discovery; Civil Cover Sheet; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice To Parties Of Adr Pilot Program; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Adr Pilot Program Questionnaire (Blank); Plaintiff Bright Imperial Limited's Corporate Disclosure Statement; Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements

3. a. Party served:             INTEGRALNET MARKETING, INC., A FLORIDA CORPORATION
   b. Person served:           MARK. J BRYN, AGENT AUTHORIZED TO ACCEPT SERVICE
                                SERVED UNDER FCRP RULE 4

4. Address where the party was served:     2 S. BISCAYNE BOULEVARD
                                            MIAMI, FL  33130

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Thu., Oct. 29, 2009 (2) at: 4:37PM

7. **Person Who Served Papers:**                                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ERNESTO  VALDEZ
                                                                        d. **The Fee** for Service was:

   First Legal
   301 Civic Center Drive West
   Santa Ana, CA 92701
   Telephone    (714) 541-1110
   Fax          (714) 541-8182
   www.firstlegalnetwork.com

   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Oct. 30, 2009

                                                                                  (ERNESTO VALDEZ)

Judicial Council Form                          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007         SUMMONS & COMPLAINT                    4485676.jamech.248042