SHEPPARD MULLIN RICHTER & HAMPTON LLP
JAMES M. CHADWICK, Cal. Bar No. 157114
VALERIE E. ALTER, Cal Bar No. 239905
THAYER M. PREECE, Cal. Bar No. 241824
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3930
E-mail:    jchadwick@sheppardmullin.com
           valter@sheppardmullin.com
           tpreece@sheppardmullin.com

Attorneys for Plaintiff
BRIGHT IMPERIAL LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIGHT IMPERIAL LIMITED, a Hong Kong limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEB ENTERTAINMENT GROUP INC., a Florida corporation; ATHENS DEVELOPMENTS LTD., a business entity of unknown form and origin; WEB ENTERTAINMENT GROUP, LTD., a business entity of unknown form and origin,; NEO PUBLISHING LTD., a business entity of unknown form and origin, RAINBOW EIGHT, a business entity of unknown form and origin, INTEGRALNET MARKETING, INC., a Florida corporation, JASON ZIMMERMAN, an individual, JOHN SKORICK, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV 09-7840 FMC (MLGx)<br><br>**PLAINTIFF BRIGHT IMPERIAL LIMITED's PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON DEFENDANTS WEB ENTERTAINMENT GROUP, LTD., NEO PUBLISHING LTD. AND ATHENS DEVELOPMENTS LTD.** |

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JAMES M. CHADWICK, ESQ., Bar #157114<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA  90067<br>*Telephone No:* 310-228-3700     *FAX No:* 310-228-3701<br>*Ref. No. or File No.:*<br>*Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California - Western Division

*Plaintiff:* BRIGHT IMPERIAL LIMITED, ETC.
*Defendant:* WEB ENTERTAINMENT GROUP, INC., ETC., ET AL.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV09-7840 FMC MLGX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Notice Of Assignment To United States Magistrate Judge For Discovery; Civil Cover Sheet; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice To Parties Of Adr Pilot Program; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Adr Pilot Program Questionnaire (Blank); Plaintiff Bright Imperial Limited's Corporate Disclosure Statement; Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements

3. a. *Party served:*  ATHENS DEVELOPMENTS LTD., A BUSINESS ENTITY OF UNKNOWN FORM AND ORIGIN
   b. *Person served:*  ALLAN GELBARD, AGENT AUTHORIZED TO ACCEPT SERVICE SERVED UNDER FCRP RULE 4

4. *Address where the party was served:*  15760 VENTURE BOULEVARD
   SUITE 801
   ENCINO, CA  91436

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 23, 2009 (2) at: 11:10AM

7. **Person Who Served Papers:**   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LUCA  LOMBARDO
   
   First Legal
   1511 West Beverly Blvd.
   Los Angeles, CA 90026
   Telephone    (213) 250-9111
   Fax              (213) 250-1197
   www.firstlegalnetwork.com

   d. **The Fee** *for Service was:*
   e. I am: Not a Registered California Process Server

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date:Mon, Nov. 23, 2009

   **Judicial Council Form**                   **PROOF OF SERVICE**                   (LUCA LOMBARDO)
   Rule 2.150.(a)&(b) Rev January 1, 2007      **SUMMONS & COMPLAINT**                 *4504261.jamech.252972*

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JAMES M. CHADWICK, ESQ., Bar #157114<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA  90067<br>Telephone No: 310-228-3700    FAX No: 310-228-3701<br><br>Ref. No. or File No.:<br><br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Central District Of California - Western Division

Plaintiff: BRIGHT IMPERIAL LIMITED, ETC.
Defendant: WEB ENTERTAINMENT GROUP, INC., ETC., ET AL.

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV09-7840 FMC MLGX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Notice Of Assignment To United States Magistrate Judge For Discovery; Civil Cover Sheet; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice To Parties Of Adr Pilot Program; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Adr Pilot Program Questionnaire (Blank); Plaintiff Bright Imperial Limited's Corporate Disclosure Statement; Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements

3. a. Party served:           WEB ENTERTAINMENT GROUP, LTD., A BUSINESS ENTITY OF UNKNOWN FORM AND ORIGIN
   b. Person served:          ALLAN GELBARD, AGENT AUTHORIZED TO ACCEPT SERVICE SERVE DUNDER FCRP RULE 4

4. Address where the party was served:   15760 VENTURA BOULEVARD
                                          SUITE 801
                                          ENCINO, CA  91436

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 23, 2009 (2) at: 11:10AM

7. **Person Who Served Papers:**                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LUCA LOMBARDO                                             d. **The Fee** for Service was:

   First Legal
   1511 West Beverly Blvd.                                      e. I am: Not a Registered California Process Server
   Los Angeles, CA 90026
   Telephone   (213) 250-9111
   Fax         (213) 250-1197
   www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Mon, Nov. 30, 2009

                                                                                            (LUCA LOMBARDO)

| Judicial Council Form | PROOF OF SERVICE | |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | SUMMONS & COMPLAINT | 4504255.jamech.252975 |

| *Attorney or Party without Attorney:*<br>JAMES M. CHADWICK, ESQ., Bar #157114<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>1901 AVENUE OF THE STARS<br>SUITE 1600<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-228-3700   *FAX No:* 310-228-3701 | *For Court Use Only* |
|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Central District Of California - Western Division

*Plaintiff:* BRIGHT IMPERIAL LIMITED, ETC.
*Defendant:* WEB ENTERTAINMENT GROUP, INC., ETC., ET AL.

| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV09-7840 FMC MLGX |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Notice Of Assignment To United States Magistrate Judge For Discovery; Civil Cover Sheet; Notice To Counsel; United States District Court Central District Of California Civility And Professionalism Guidelines; Report On The Filing Or Determination Of An Action Regarding A Patent Or Trademark; Notice To Parties Of Adr Pilot Program; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Adr Pilot Program Questionnaire (Blank); Plaintiff Bright Imperial Limited's Corporate Disclosure Statement; Notice To Counsel Re: Copyright, Patent, And Trademark Reporting Requirements

3. a. *Party served:*   NEO PUBLISHING LTD., A BUSINESS ENTITY OF UNKNOWN FORM AND ORIGIN
   b. *Person served:*   ALLAN GELBARD, AGENT AUTHORIZED TO ACCEPT SERVICE SERVED UNDER FCRP RULE 4

4. *Address where the party was served:*   15760 VENTURA BOULEVARD
   SUITE 801
   ENCINO, CA 91436

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Mon., Nov. 23, 2009 (2) at: 11:10AM

7. *Person Who Served Papers:*   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. LUCA LOMBARDO
   d. *The Fee for Service was:*
   e. I am: Not a Registered California Process Server

First Legal
1511 West Beverly Blvd.
Los Angeles, CA 90026
Telephone   (213) 250-9111
Fax   (213) 250-1197
www.firstlegalnetwork.com

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Mon, Nov. 30, 2009

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS & COMPLAINT

(LUCA LOMBARDO)
4504262.jamech.252973

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles; I am over the age of eighteen years and not a party to the within entitled action; my business address is 1901 Avenue of the Stars, Suite 1600, Los Angeles, California 90067-6017.

On **December 1, 2009**, I served the following document(s) described as

**PLAINTIFF BRIGHT IMPERIAL LIMITED's PROOF OF SERVICE OF SUMMONS AND COMPLAINT AND RELATED DOCUMENTS ON DEFENDANTS WEB ENTERTAINMENT GROUP, LTD., NEO PUBLISHING LTD. AND ATHENS DEVELOPMENTS LTD.** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

Allan B. Gelbard
15760 Ventura Blvd #801
Encino, CA 91436-3095

[x] **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT DELIVERY:** I served such envelope or package to be delivered on the same day to an authorized courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier.

[ ] **BY FACSIMILE:** I served said document(s) to be transmitted by facsimile pursuant to Rule 2.306 of the California Rules of Court. The telephone number of the sending facsimile machine was 310-228-3701. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The sending facsimile machine (or the machine used to forward the facsimile) issued a transmission report confirming that the transmission was complete and without error. Pursuant to Rule 2.306(g)(4), a copy of that report is attached to this declaration.

[ ] **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

W02-WEST:2NAG1\402333137.1                    -1-

Executed on **December 1, 2009,** at Los Angeles, California.

_/s/ Natalie Aronstein_
NATALIE ARONSTEIN