1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   JAMES M. CHADWICK, Cal. Bar No. 157114
2  VALERIE E. ALTER, Cal Bar No. 239905
3  THAYER M. PREECE, Cal. Bar No. 241824
   1901 Avenue of the Stars, 16th Floor
4  Los Angeles, California  90067
                                          NOTE: CHANGES MADE BY THE COURT
5  Telephone:   (310) 228-3700
   Facsimile:   (310) 228-3930
6  E-mail:      jchadwick@sheppardmullin.com
                valter @sheppardmullin.com
7               tpreece@sheppardmullin.com

8  Attorneys for Plaintiff
9  BRIGHT IMPERIAL LIMITED

10

11              UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

13                 WESTERN DIVISION

14
   BRIGHT IMPERIAL LIMITED, a Hong
15 Kong limited liability company,          Case No. **2:09-cv-07840-JHN-MLGx**

16              Plaintiff,                   **ORDER GRANTING ADDITIONAL
                                             TIME TO ANSWER OR OTHERWISE
17       v.                                  RESPOND TO THE COMPLAINT**

18 WEB ENTERTAINMENT GROUP INC.,
19 a Florida corporation; ATHENS            **Hon. Jacqueline H. Nguyen**
   DEVELOPMENTS LTD., a business entity     **Date:  N/A**
20 of unknown form and origin; WEB          **Time:  N/A**
   ENTERTAINMENT GROUP, LTD., a             **Courtroom:  1600**
21 business entity of unknown form and
22 origin,; NEO PUBLISHING LTD., a
   business entity of unknown form and origin,
23 RAINBOW EIGHT, a business entity of
   unknown form and origin, INTEGRALNET
24 MARKETING, INC., a Florida corporation,
25 JASON ZIMMERMAN, an individual,
   JOHN SKORICK, an individual, and
26 DOES 1 through 20, inclusive,

27              Defendants.

28

                        1

1  Based upon the stipulation of the parties, and good cause having been shown, IT IS

2  HEREBY ORDERED:

3  That Defendants Web Entertainment Group, Inc., Athens Developments, Ltd., Web

4  Entertainment Group, Ltd., Neo Publishing, Ltd., Integralnet Marketing, Inc., Jason

5  Zimmerman, and John Skorick ("Defendants") are granted additional time to answer or

6  otherwise respond to the Complaint.  Defendants shall answer or otherwise respond on or

7  before February 5, 2010.

8  **NO FURTHER CONTINUANCE TO ANSWER THE COMPLAINT WILL BE**

9  **GRANTED**.

10  Dated this 15th day of January, 2010.

11

12  _____

13  Jacqueline H. Nguyen
   United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2