1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   JAMES M. CHADWICK, Cal. Bar No. 157114
2  VALERIE E. ALTER, Cal Bar No. 239905
   THAYER M. PREECE, Cal. Bar No. 241824
3  1901 Avenue of the Stars, 16th Floor
   Los Angeles, California 90067
4  Telephone: (310) 228-3700
   Facsimile: (310) 228-3930
5  E-mail:    jchadwick@sheppardmullin.com
              valter @sheppardmullin.com
6             tpreece@sheppardmullin.com

7  Attorneys for Plaintiff
   BRIGHT IMPERIAL LIMITED
8

9
              UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA
11
                     WESTERN DIVISION
12

13 | BRIGHT IMPERIAL LIMITED, a          | Case No. 2:09-cv-7840 JHN (MLGx)
   | Hong Kong limited liability company, |
14 |                                      | **NOTICE OF SETTLEMENT**
15 |           Plaintiff,                 |
16 |      v.                              | Hon. Jacqueline Hong-Ngoc Nguyen
   |                                      | Date:  n/a
17 | WEB ENTERTAINMENT GROUP              | Time:  n/a
   | INC., a Florida corporation; Athens  | Courtroom: 1600
18 | DevelopmentS Ltd., a business entity |
   | of unknown form and origin; Web      |
19 | Entertainment Group, Ltd., a business|
   | entity of unknown form and origin,;  |
20 | NEO PUBLISHING LTD., a business      |
   | entity of unknown form and origin,   |
21 | RAINBOW EIGHT, a business entity     |
   | of unknown form and origin,          |
22 | INTEGRALNET MARKETING, INC.,         |
   | a Florida corporation, JASON         |
23 | ZIMMERMAN, an individual, JOHN       |
   | SKORICK, an individual, and DOES 1   |
24 | through 20, inclusive,                |
25 |                                      |
   |           Defendants.                |
26

27

28

W02-WEST:1SMF1\402457664.1        -1-
                                        NOTICE OF SETTLEMENT

1  The Parties, by and through their counsel of record, hereby notify the Court that the Parties
2  have reached a settlement in the above-captioned case.  The Parties anticipate filing a dismissal
3  shortly.

5  DATED:  February 5, 2010     SHEPPARD MULLIN RICHTER & HAMPTON LLP

7                                                By              /s/
8                                                     JAMES M. CHADWICK
                                                     Attorneys for Plaintiff Bright Imperial, Ltd.

10  DATED:  February __, 2010   THE LAW OFFICES OF ALLAN B. GELBARD
11                                                ALLAN B. GELBARD, ESQ.

13                                                By              /s/
14                                                     Attorneys for Defendants Web Entertainment
                                                     Group, Inc., Athens Developments, Ltd., Web
15                                                   Entertainment Group, Ltd., Neo Publishing,
                                                     Ltd., Integralnet Marketing, Inc., Jason
16                                                   Zimmerman and John Skorick