JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Bright Imperial Limited, | ) | 2:09-cv-07840-JHN-MLG |
| | ) | |
| Plaintiff(s), | ) | ORDER ACKNOWLEDGING |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| Web Entertainment Group Inc et al, | ) | |
| Defendant(s). | ) | |

    The Court has been advised by the NOTICE of Settlement [20], filed on February 5, 2010 that this action has been settled. It is not necessary for the action to remain on the calendar of the Court. Any pending court dates/deadlines are hereby VACATED.

    IT IS ORDERED that the Court retains complete jurisdiction for 60 days for the filing of a dismissal or to vacate this order and to reopen the action upon a good faith showing that the settlement has not been completed and further litigation is necessary.

Dated: February 8, 2010

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE