SHEPPARD MULLIN RICHTER & HAMPTON LLP
JAMES M. CHADWICK, Cal. Bar No. 157114
VALERIE E. ALTER, Cal Bar No. 239905
THAYER M. PREECE, Cal. Bar No. 241824
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
Telephone: (310) 228-3700
Facsimile: (310) 228-3930
E-mail: jchadwick@sheppardmullin.com
valter@sheppardmullin.com
tpreece@sheppardmullin.com

Attorneys for Plaintiff
BRIGHT IMPERIAL LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRIGHT IMPERIAL LIMITED, a Hong Kong limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>WEB ENTERTAINMENT GROUP INC., a Florida corporation; ATHENS DEVELOPMENTS LTD., a business entity of unknown form and origin; WEB ENTERTAINMENT GROUP, LTD., a business entity of unknown form and origin,; NEO PUBLISHING LTD., a business entity of unknown form and origin, RAINBOW EIGHT, a business entity of unknown form and origin, INTEGRALNET MARKETING, INC., a Florida corporation, JASON ZIMMERMAN, an individual, JOHN SKORICK, an individual, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. CV CV09-7840FMC(MLGx)<br><br>**NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS RAINBOW EIGHT AND DOES 1 THROUGH 20** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Bright Imperial Limited ("Bright") hereby dismisses its claims against defendants Rainbow Eight and Does 1 through 20 without prejudice.  None of these defendants have served or filed an answer or a motion for summary judgment.  As the result of this dismissal, all claims not previously dismissed will be and hereby are dismissed.

Dated:  March 19, 2010            SHEPPARD MULLIN RICHTER & HAMPTON LLP
                                  JAMES M. CHADWICK
                                  VALERIE E. ALTER
                                  THAYER M. PREECE


                                  By         /s James M. Chadwick
                                              James M. Chadwick

                                         Attorneys for Plaintiff
                                       BRIGHT IMPERIAL LIMITED

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN MATEO

I am employed in the County of San Mateo; I am over the age of eighteen years and not a party to the within entitled action; my business address is 990 Marsh Road, Menlo Park, California 94025.

On **March 19, 2010**, I served the following document(s) described as **NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS RAINBOW EIGHT AND DOES 1 THROUGH 20** on the interested party(ies) in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

| | |
|---|---|
| Allan B. Gelbard<br>15760 Ventura Blvd., Suite 801<br>Encino, CA 91436 | Attorney for Web Entertainment Group, Ltd., Web Entertainment Group, Inc., Athens Developments, Ltd., Neo Publishing, Ltd., Integralnet Marketing, Inc., Jason Zimmerman and John Skorick |
| Marc J. Randazza, PA<br>Randazza Legal Group<br>2 S Biscayne Blvd Ste 2600<br>Miami, Florida 33131 | Attorney for Web Entertainment Group, Ltd., Web Entertainment Group, Inc., Athens Developments, Ltd., Neo Publishing, Ltd., Integralnet Marketing, Inc., Jason Zimmerman and John Skorick |
| Mark Bryn<br>Bryn & Associates P.A.<br>One Biscayne Tower, Suite 2680<br>Two South Biscayne Boulevard<br>Miami, Florida 33131 | Attorney for Web Entertainment Group, Ltd., Web Entertainment Group, Inc., Athens Developments, Ltd., Neo Publishing, Ltd., Integralnet Marketing, Inc., Jason Zimmerman and John Skorick |

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Menlo Park, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 19, 2010, at Menlo Park, California.

      /s Robin P. Regnier      
Robin P. Regnier